**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

www.flmb.uscourts.gov

| | |
|---|---|
| In re: ) | |
| ) | |
| Adrian W. Morris ) | Case No 8:22-bk-01653-RAC |
| ) | Chapter 13 |
| Debtor, ) | |
| ) | |
| _____ ) | |

**MOTION TO SELL (NOT FREE AND CLEAR OF LIENS)**
(re: 0 Back Shelltown Rd, Marion Station, MD 21838)

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court 801 N Florida Ave Suite 555 Tampa, FL within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

NOW COMES the debtor through his undersigned counsel and hereby files this Motion to Sell (Not Free and Clear of Liens), and in support states:

1. Debtor voluntarily filed for bankruptcy relief under Chapter 13 of the Bankruptcy Code on April 26, 2022. It was subsequently confirmed on December 13, 2022. (Doc. No. 33).

1

2. Debtor owns and wishes to sell certain real property located in Somerset County, Maryland, commonly known as 0 Back Shelltown Rd, Marion Station, MD 21838 and legally described as follows:

> 5 AC-PLT 545/655
> S/S BACK SHELLTOWN RD
> SE/MARION

3. The property is listed on Debtor's petition as his vacant land and having a market value of $31,000. (Doc. No. 1)

4. The terms of the proposed sale are as follows: (Exhibits A & B)

   a. The purchase price is $17,000 payable in cash as a $1,000 earnest money deposit and $18,217.71 as the balance to close, which includes $57.62 toward county taxes and $2,160.10 toward settlement charges to the Buyer.

   b. The closing date is on or before April 30, 2024.

   c. The debtor will pay $57.61 toward county taxes and $3,962.31 toward Seller settlement charges.

   d. The settlement agent is CCN Agency Primus, LLC DBA Community Title Network at 1000 E. Main St., Suite 301, Salisbury, MD 21804.

   e. The buyer is Rafael A. Ortiz, who is not related to or a friend of the debtor.

   f. The debtor's sales agent is Dale E. King (License # 587683) of Vision Realty Group of Salisbury at 210 Kiley Drive Ste 1, Salisbury, MD 21801.

5. The debtor attaches herewith copy of the sales contract (Ex. A) and settlement statement (Ex. B) setting forth the terms of the sale and disbursement of the proceeds.

6. The debtor requests to retain approximately $8,749.48 of the land sale proceeds for the following:

   a. $8,000 plus fees and interest for the remaining balance due to the Debtor's ex-wife pursuant to their divorce order. (Ex. C)

   b. $510 for the Homeowner's Association of the Glen at River Ridge, Inc. for the annual assessment of Debtor's primary residence in Florida. (Ex. D)

   c. $239.48 for Mavis Tires for car repairs.  (Ex. E)

WHEREFORE, the debtor respectfully requests that this Court enter an order permitting the sale and retention of proceeds of the debtor's land and for such further or additional relief as the Court deems just and proper.

                                               */s/ Anne H. Bailey*
                                               Anne H. Bailey
                                               Attorney No. 1049599
                                               flmb@geracilaw.com
                                               55 E Monroe St., #3400
                                               Chicago, IL 60603
                                               312-499-6201
                                               Attorney for Debtor

**PROOF OF SERVICE**

      I, Anne H. Bailey, an attorney, certify that on April 17, 2024 I caused a true and correct copy of the foregoing to be served via this Court's CM/ECF system. All parties in interest are CM/ECF registrants and will receive electronic notice via this Court's CM/ECF system.

**Via US Mail:**
Adrian Ward Morris, Debtor
10208 Turkey Oak Dr.
New Port Richey, FL 34654

**VIA CM/ECF:**
Kelly Remick, Chapter 13 Trustee

All creditors on the attached matrix.

                                                  */s/ Anne H. Bailey*
                                                  Anne H. Bailey
                                                  Attorney No. 1049599
                                                  flmb@geracilaw.com
                                                  55 E Monroe St., #3400
                                                  Chicago, IL 60603
                                                  312-499-6201
                                                  Attorney for Debtor